IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA
ex rel. MAGNOLIA CITY HOSPITAL                                    PLAINTIFF

VS.                                CASE NO. 98-CV-1097

MEDICAL BUSINESS ASSOCIATES, L.L.C.;
HAROLD EVANS; GREG EVANS; BUNKER
HILL, L.L.C.; and MAGNOLIA CITY HOSPITAL                          DEFENDANTS

## JUDGMENT

In accordance with the Court's November 12, 2002, Order and its Memorandum Opinion of even date, Medical Business Associates, L.L.C., Harold Evans, Greg Evans and Bunker Hill, L.L.C. are hereby ordered to tender to Magnolia City Hospital $150.00 for court costs and $115, 224.80 for two thirds of the expense of hiring ZA Consulting, along with post-judgment interest calculated from the date of the Court's November 12, 2002, Order until paid.  In addition, Medical Business Associates, L.L.C., Harold Evans, Greg Evans and Bunker Hill, L.L.C. are hereby ordered to tender to Magnolia City Hospital $24,950.75 for reasonable attorneys' fees associated with the Hospital's role as *qui tam* relator and $895.54 for expenses associated with work for the Hospital in its role as *qui tam* relator, along with post-judgment interest calculated from the date of this Judgment until paid

IT IS SO ORDERED, this 26th day of September, 2005.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge